IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTIE MADISON, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:20-CV-968-RAH-JTA |
| MONTGOMERY COMMUNITY ACTION AGENCY, | ) ) ) ) |
| Defendants. | ) |

# **O R D E R**

On November 10, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 28.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

It is further

ORDERED that the Motion to Dismiss, or in the Alternative, Motion for More Definite Statement and Supporting Memorandum of Law (Doc. 21) is DENIED as moot.

DONE, this 22nd day of November, 2021.

           /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE